IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROYAL LEE WARE (TDCJ No. 650695), § § § Plaintiff, § § V. § § DALLAS SHERIFF DEPARTMENT, ET AL., § § § Defendants. § | | No. 3:13-cv-4698-N-BN |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States magistrate judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States magistrate judge.

Accordingly, Plaintiff's civil rights claims are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous.

Plaintiff's allegations of negligence, liberally construed as a diversity action raising state law claims, are DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 12(h)(3) for lack of jurisdiction.

SO ORDERED this 10th day of July, 2014.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE